IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID EUBANKS, #432609**                                                          **PLAINTIFF**

**v.**                                                          **CAUSE NO. 1:20cv178-LG-RPM**

**HARRISON COUNTY JAIL, ET AL.**                                                          **DEFENDANTS**

**FINAL JUDGMENT**

For the reasons stated in the Order of Dismissal entered this date, this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE